UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

---

EQUAL EMPLOYMENT OPPORTUNITY )
COMMISSION,                   )     Case No. 22-CV-1149
                 Plaintiff,   )
                              )     Green Bay, WI
     v.                       )
                              )
LAKESIDE PLASTICS, INC.,      )     January 4, 2023
                              )     9:22 a.m.
                 Defendant.   )

---

TRANSCRIPT OF RULE 16 TELEPHONE SCHEDULING CONFERENCE
BEFORE THE HONORABLE WILLIAM C. GRIESBACH
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiff:              United States Equal Employment
                                Opportunity Commission
                                By:  MS. TINA MARIE BURNSIDE
                                     MR. GREGER B. CALHAN
                                330 Second Ave. S - Ste. 720
                                Minneapolis, MN  55401-2214
                                Ph:  612-335-4074
                                tina.burnside@eeoc.gov
                                greger.calhan@eeoc.gov


For the Defendant              Renning, Lewis & Lacy, SC
LAKESIDE PLASTICS, INC.:       By:  MS. LA KEISHA D. HAASE
                                     MR. TONY J. RENNING
                                43 W. Sixth Avenue
                                Oshkosh, WI  54902
                                Ph: 920-718-7912
                                lhaase@law-rll.com
                                trenning@law-rll.com


U.S. Official Court Reporter:  JENNIFER L. STAKE, RDR, CRR
Proceedings recorded by electronic recording, transcript
produced by computer-aided transcription.

1    TRANSCRIPT OF PROCEEDINGS

2    (Transcript of audio recording.)

3    THE COURT:  Okay.  Good morning.  This is Judge

4    Griesbach, and I'll call the case of Equal Employment

5    Opportunity Commission versus Lakeside Plastics, Inc.  This is

6    Case No. 22-CV-1149.  And this is a telephone conference to

7    address scheduling.  The counsel have given their appearances

8    for the clerk, so we'll just go through your report.

9    You're going to make your initial disclosures on or before

10   January 18th of 2023.  You can amend pleadings without leave of

11   the Court, add additional parties, on or before January 31st of

12   2023.  Let's see, the initial disclosures by plaintiff should

13   include a initial itemization of damages, and that's all by

14   January 18th again.

15   Plaintiff's expert witness disclosure pursuant to Rule

16   26(a)(2) would be by September 1st of 2023.  Defendant's expert

17   disclosure in response by November 1st of 2023.  Expert

18   discovery to be completed by January 1st of 2024.  And then

19   dispositive motions are due on February -- no later than

20   February 1st of 2024 with the usual briefing schedule as the

21   local rules provide.

22   Let's see.  If you're -- if we follow that briefing

23   schedule and dispositive motions come in as late as February

24   1st, then it's going to be, let's see, mid to late March before

25   it's fully briefed.  So you've agreed that Rule 26(a)(3)

1   submissions, deposition designations, motions in limine,

2   proposed voir dire, jury instructions or verdict forms to be

3   filed by July 11th of 2024, and then you're looking for a final

4   pretrial at 9:00 o'clock on July 25th with trial to commence on

5   August 1st.  Usually like to do a pretrial a little bit before

6   that, earlier than that usually.  Let's see what our calendars

7   look like on those dates.

8       July 25th pretrial.  How about -- how about doing it at

9   1:30 in the afternoon?

10          MS. BURNSIDE:  That's fine with me.

11          THE COURT:  Now, you're coming up from Milwaukee or

12  further?

13          MS. BURNSIDE:  I'm from Minneapolis actually.

14          THE COURT:  Yeah, okay.  You can take the early flight

15  and probably get out yet that day.

16      Okay?  And then --

17          MS. BURNSIDE:  Okay.

18          THE COURT:  -- let's say a trial -- I usually like to

19  do the pretrial, you know, close to a month or at least a few

20  weeks before the trial.  So I'd be looking for later August.

21  And you estimate three days maybe for the trial, four?

22          MS. BURNSIDE:  Yes, about three or four days.

23          THE COURT:  Okay.  How about if we look at a trial

24  date of, hmm, how about the 20 -- the 19th of August?

25          MS. BURNSIDE:  That's fine with the EEOC.

1        THE COURT:  That would start at 8:30.  And defendant?

2            MS. HAASE:  That does work.

3        THE COURT:  Ms. Haase?  Okay.

4            MS. HAASE:  Yes, that does work.

5        THE COURT:  Okay.  We'll put these dates in an order,

6   then, and send that out from you -- out to you and then wait to

7   hear.  If you wish to use a magistrate judge for mediating the

8   case, feel free to let us know.  If both parties are in

9   agreement that they wish to mediate, we'll be happy to refer

10  the case to a magistrate judge, and that service is without

11  cost to you.  You're free to seek other mediation or other

12  formal or informal means of dispute resolution; or if you're

13  convinced that you need a jury to decide this, we've got it set

14  for that as well.  Okay?

15           MS. BURNSIDE:  Okay.  Thank you.

16           MS. HAASE:  -- your Honor.

17       THE COURT:  Anything else to put on the record today?

18           MS. BURNSIDE:  Nothing from the EEOC.

19           MS. HAASE:  Nothing from defense.

20       THE COURT:  Okay.  Thank you all, then.  Goodbye.

21           MS. BURNSIDE:  Thank you.

22           (At 9:28 a.m. the hearing ended.)

23

24

25

```
 1                    C E R T I F I C A T E

 2

 3                         I, JENNIFER L. STAKE, RDR, CRR, an Official

 4    Court Reporter for the United States District Court for the

 5    Eastern District of Wisconsin, do hereby certify that the

 6    foregoing is a true and correct transcription of the audio file

 7    provided in the aforementioned matter to the best of my skill

 8    and ability.

 9

10

11    Dated this 16th day of August, 2023.

12    Milwaukee, Wisconsin.

13

14

15                   Jennifer L. Stake, RDR, CRR
                 United States Official Court Reporter
16               517 East Wisconsin Avenue, Room 324
                       Milwaukee, WI   53202
17

18                 Jennifer_Stake@wied.uscourts.gov

19

20

21

22    ELECTRONICALLY SIGNED BY JENNIFER L. STAKE
      Official Court Reporter, RDR, CRR
23    _____

24

25
```